Vincent F. **RIVERA,** as next friend for Marie Elaine Net, Plaintiff–Appellant,

v.

**FOOD AND DRUG ADMINISTRATION, Lester M. Crawford, Michael Leavitt, Commissioner, National Institutes of Health, Elias Zermouni, Dr., Department of Health and Human Services, Richard Carmona, U.S. Surgeon General, Donald Palmisano, President of American Medical Association, American Dental Association, National Association of Insurance Commissioners, Equitable Insurance Company, Zenith–Upjohn Co., Formerly Known as Upjohn Co. And State Farm Insurance Co., individually and officially, etc., et al., Defendants–Appellees.**

No. 08–2467–cv.

United States Court of Appeals, Second Circuit.

Sept. 22, 2009.

Vincent F. Rivera, pro se, Milton, FL, for Appellant.

Varuni Nelson, Assistant United States Attorney, United States Attorney's Office for the Eastern District of New York, Brooklyn, NY, for Appellees Food and Drug Administration and any other Federal Defendants.

PRESENT: ROGER J. MINER, CHESTER J. STRAUB, and RICHARD C. WESLEY, Circuit Judges.

## SUMMARY ORDER

Plaintiff–Appellant Vincent F. Rivera, *pro se*, appeals from an order denying reconsideration of the District Court's earlier order dismissing his complaint as frivolous pursuant to the Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915(e)(2)(B)(i). We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

We affirm because the District Court was indisputably correct to deem Rivera's claims frivolous on the ground that his allegations are entirely "the product of delusion or fantasy." *Livingston v. Adirondack Beverage Co.,* 141 F.3d 434, 437 (2d Cir.1998) (internal quotation marks omitted). Furthermore, we warn Rivera that the filing of frivolous appeals, motions, petitions or other documents in the future may result in the imposition of monetary sanctions or the requirement that he obtain permission of the Court before making future filings. *See In re Martin–Trigona,* 9 F.3d 226, 227, 229 (2d Cir.1993); *Sassower v. Sansverie,* 885 F.2d 9, 10 (2d Cir.1989).

We have considered all of Rivera's remaining arguments on appeal and find them to be without merit. Accordingly, the judgment of the District Court is hereby **AFFIRMED,** and Rivera is hereby **WARNED** regarding the possible consequences of future frivolous submissions.

* Pursuant to Federal Rule of Appellate Procedure 43(c)(2), Attorney General Eric H. Holder Jr. is automatically substituted for former